UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
JACQUELINE HALBIG, *et al.*             )
                                        )
            Plaintiffs,                 )
                                        )
      v.                                )        Civil Action No. 13-0623 (PLF)
                                        )
KATHLEEN SEBELIUS,                      )
  U.S. Secretary of Health and Human    )
  Services, *et al.*,                   )
                                        )
            Defendants.                 )
_____ )

ORDER

       For the reasons stated in open court this same day, it is hereby

       ORDERED that [Dkt. No. 23] defendants' motion to dismiss the complaint is

DENIED; it is

       FURTHER ORDERED that, on or before 5:00 p.m. on October 24, 2013, the

parties shall file a joint report proposing a schedule for summary judgment briefing. If the

parties cannot agree on a briefing schedule, the parties are directed to attend a conference call on

October 25, 2013, at 10:00 a.m.; and it is

       FURTHER ORDERED that the parties' briefs should address, but are in no way

limited to, the following topics: (1) whether plaintiffs have met their burden at the summary

judgment stage to establish standing; (2) whether employer plaintiffs, in particular, have alleged

an injury that may be redressed in this action; (3) the applicability of the Anti-Injunction Act to

employer plaintiffs; (4) whether the Administrative Procedure Act is the appropriate mechanism

to challenge 26 C.F.R. § 1.36B-1(k); and (5) whether the agency's construction of the Affordable

Care Act survives steps one and two of <u>Chevron U.S.A., Inc. v. Natural Res. Def. Council, Inc.</u>, 467 U.S. 837 (1984).

   SO ORDERED.


        /s/_____
        PAUL L. FRIEDMAN
DATE: October 22, 2013    United States District Judge